IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:

CHRISTOPHER BABIK
Case no. 1:19-cv-03459

## MOTION TO WITHDRAWAL AS COUNSEL OF RECORD FOR PLAINTIFF

Pursuant to Local Rule 83-7(b), William Curtis of the law firm Curtis Law Group moves this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support there of would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. Counsel withdraws from representation of Plaintiff on August 29, 2025, or the date upon which the Court sets for withdrawal and/or the date an Order is signed by the Court permitting such withdrawal.

3. Counsel notified Plaintiff (by telephone call) his intention to withdraw as his attorney in this action on August 22, 2025, and in writing (Exhibit "A").

4. The attorney-client relationship between Christopher Babik and his counsel has broken down and counsel and client are in disagreement as to the manner in which his case should proceed.

5. Plaintiff's last known address and contact information is as follows:

Christopher Babik
10915 East Bay Rd.
Gibsonton, FL  33534
(813) 270-5539

WHEREFORE, the undersigned counsel moves this Court for entry of an Order permitting Willam Curtis of Curtis Law Group to withdraw his appearance as counsel of record in this matter.

Respectfully Submitted,

CURTIS LAW GROUP

By: /s/ *William Curtis*
WILLIAM B. CURTIS, ESQ.
Texas State Bar No. 00783918
17754 Preston Road, Ste. 200
Dallas, Texas 75252
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bill@curtislawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ William Curtis*
William Curtis

# EXHIBIT A

Case 1:14-ml-02570-RLY-TAB  Document 27093  Filed 08/22/25  Page 3 of 4 PageID #: 154219

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

CHRISTOPHER BABIK
Case no. 1:19-cv-03459

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

To:   Christopher Babik
      10915 East Bay Rd.
      Gibsonton, FL  33534

You are hereby notified that the undersigned has filed the enclosed Motion to Withdraw as Counsel of Record in your case.

**YOU ARE FURTHER NOTIFIED:**

1. That you may appear in court, if you so desire;

2. That if the Motion to Withdraw is granted, you should obtain another attorney or file and appearance with the Court on your own behalf;

3. That if you do not obtain another attorney or file an appearance on your own behalf; you will not receive notice of court proceedings in the case, and a nonsuit, dismissal and/or default judgment may be rendered against you.

Dated: August 22, 2025

Respectfully Submitted,

CURTIS LAW GROUP

By: /s/ *William Curtis*
WILLIAM B. CURTIS, ESQ.
Texas State Bar No. 00783918
17754 Preston Road, Ste. 200
Dallas, Texas 75252
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bill@curtislawgroup.com